**L.B.F. 2016-3A**
**"Long Form" Application of Counsel for Debtor for Compensation**
**and Reimbursement of Expenses in Chapter 13 Case**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:**

| | | |
|---|---|---|
| **KADINE WILLIAMS,** | : | **CHAPTER 13** |
| | : | |
| **Debtor** | : | **BANKRUPTCY NO. 17-13515-mdc** |

**APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

  Regional Bankruptcy Center of Southeastern PA, P.C. applies under §330 of the Bankruptcy Code for an award of compensation and reimbursement of actual, necessary expenses and represents:

1. Applicant is counsel for the Debtor.

2. The Debtor filed a petition under Chapter 13 of the Bankruptcy Code on <u>May 18, 2017</u>.

3. The Debtor's annualized current monthly income as set forth on Form 122C is:

  <u>  </u> above median (the amount on line 15 is not less than the amount on line 16).

  <u> x </u> below median (the amount on line 15 is less than the amount on line 16).

4. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the Debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

5. Applicant requests an award of compensation of $<u> 3,740.00 </u> for <u> 54.40 </u> hours providing the following services:

 (a) the customary services of counseling and representing the Chapter 13 Debtor(s) including: analysis of the financial situation; preparation, review with the clients, and filing with the Court of all required documents; correspondence, telephone conversations and miscellaneous contact

with creditors, the Trustee, attorneys and other parties in interest; preparation for and attendance at §341(a) meeting of creditor; and

(b) in representing the Debtor(s) in connection with [check applicable item(s)]:

__x__ cure of a residential mortgage default or other treatment of residential real property claims

____ ownership and claims relating to other real property (specify the number of Properties and describe the issues)

____ motor vehicle loans or leases

____ state or federal tax claims

____ domestic support obligations

____ student loans

____ an operating business

____ 20 or more creditors listed in Schedule F

__x__ Automatic stay litigation

__x__ other litigation (Motion for Relief from Stay)


6. [Optional. Applicant may supplement paragraph 5 with a description of those matters, whether or not they are listed in paragraph 5, that took an unusual amount of time to complete or involved complex legal or factual issues.]

    a.    meeting with the Debtor, review of documents, and analysis of her financial situation;

    b.    preparation, review and filing with the Court of all required documents including the voluntary petition, schedules, statements, Chapter 13 Plan and related bankruptcy documents;

    c.    correspondence, telephone conversations and miscellaneous contact with creditors, the Trustee, attorneys and other parties in interest;

    d.    preparation for and attendance at the §341(a) meeting of creditors;

    e.    defending multiple Motions to Dismiss the Debtor's case filed by the Trustee, seeking reinstatement of the case after dismissal, and preparation for hearings in these matters;

    f.    defending a Motion for Relief from the Automatic Stay filed by Wells Fargo Bank, N.A.;

    g.    examination and analysis of the claims filed in the Debtor's case, counseling the Debtor and examining various tax issues involved in several of the claims, filing an Objection to Claim No. 4 Filed by Wells Fargo Bank, N.A.;

    h.    Court appearances and negotiations related to confirmation, objections filed by creditors to confirmation, the Debtor's Objection to Claim No. 4 Filed by the Wells Fargo, and several Trustee's Motions to Dismiss the case; and

    i.    Pursuing loan modification options on behalf of the Debtor.

7. The total number of charged hours expended can be broken down into two categories, at least 49.2 hours expended for standard bankruptcy services covered by the flat rate portion of the retainer agreement broken down by attorney/case handler, for which counsel is charging $2,700.00, but would otherwise charge the following amounts at the following rates for each attorney or paralegal in counsel's firm:

| Attorney/Paralegal | Position | Hourly Rate | Number of Hours | Total Charged |
|---|---|---|---|---|
| Roger V. Ashodian | Lead Counsel | $ 200.00 | 37.5 | $ 7,500.00 |
| Haftom Khasai | Paralegal | $ 75.00 | 11.7 | $ 877.50 |
| Total | | | 49.2 | $ 8,377.50 |

And 5.2 hours expended for non-standard bankruptcy services broken down by attorney/case handler, for which counsel has charged the following amounts at the following rates for each attorney, or paralegal in counsel's firm:

| Attorney/Paralegal | Position | Hourly Rate | Number of Hours | Total Charged |
|---|---|---|---|---|
| Roger V. Ashodian | Lead Counsel | $ 200.00 | 5.2 | $ 1,040.00 |
| Total | | | 5.2 | $ 1,040.00 |

8. The Debtor paid Applicant $   1,500.00    prior to the filing of the petition, and paid the Clerk, U.S. Bankruptcy Court $   310.00    for the Chapter 13 filing fee.

9. A copy of the Applicant's disclosure of compensation pursuant to Fed. R. Bankr. P. 2016(b) is attached hereto as Exhibit "A".

10. None of the compensation paid to applicant will be shared with any person other than a member or regular associate of applicant's law firm unless 11 U.S.C. §504(c) applies.

11. Attached as Exhibit "B" is a copy of Applicant's time records setting forth the dates and amount of time expended for the standard flat rate services and services for which no charge has been made performed on behalf of the Debtor.

12. Attached as Exhibit "C" is a copy of Applicant's time records setting forth the dates and amount of time expended for the non-standard services performed on behalf of the Debtor that are not covered by the flat rate agreement.

WHEREFORE, Applicant requests an award of $  3,740.00  in compensation and of $  0.00  in reimbursement of actual, necessary expenses, with $  2,240.00  .to be disbursed by the Trustee.

Respectfully submitted,
REGIONAL BANKRUPTCY CENTER
OF SOUTHEASTERN PA, P.C., by:

Date:  March 15, 2019

Roger V. Ashodian
Attorney ID #42586
101 West Chester Pike, Suite 1A
Havertown, PA  19083
(610) 446-6800

Attorney for Debtor